Certificate Number: 05781-PAM-DE-031193767

Bankruptcy Case Number: 18-02213



05781-PAM-DE-031193767

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2018, at 9:39 o'clock PM PDT, Deborah Biever completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 17, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President