```
00015
Company Code      Loc/Dept    Number   Page
RQ / UBU 20858533 01/500      5173     1 of 1
Mann Corporation
100 N Wilks Barre Blvd Ste 206
Wilkes Barre, PA 18702
```

# Earnings Statement

**ADP**

Period Starting:  05/02/2018
Period Ending:    05/15/2018
Pay Date:         05/18/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0          Tax Override:
  State:   0            Federal:
  Local:   0            State:
                        Local:
Social Security Number: XXX-XX-XXXX

**Deborah A Biever**
**141 W Country Road**
**Sugarloaf, PA 18249**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 32.45 | 292.05 | 346.05 |
| **Gross Pay** | | | **$292.05** | **$346.05** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.97 | 14.97 |
| Social Security | -18.11 | 21.46 |
| Medicare | -4.24 | 5.02 |
| Pennsylvania State Income | -8.97 | 10.63 |
| Pennsylvania State UI | -0.18 | 0.21 |
| Hazle T Local Income | -4.38 | 5.19 |

| Net Pay | $241.20 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 32.45 | 38.45 |

Your federal taxable wages this period are $292.05

© 1998, 2006. ADP, LLC All Rights Reserved.
TEAR HERE

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS



# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Deborah Ann Biever                    |Personnel Number..... 00740513        |
|141 West County Road                  |Liquor Control Board                  |
|Sugarloaf PA   18249                  |Pay Period.. 05/20/2018 - 06/02/2018  |
|                                      |Fed Tax Status: Single                |
|                                      |Fed Tax Allowances: 00   Period: 12/2018|
|B/U:M7     Group:07     Level:A       |                                      |
|_____|_____|
| Pay Date        Payment Amount  =    Gross    +    Reim.   -   Taxes    -   Deds.  |
| 06/15/2018        493.43        =    646.38   +    0.00    -   134.54   -   18.41  |
|_____|
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 11.34 | 57.00 | 646.38 | 1,202.04 |
| Total Gross | | | 646.38 | 1,202.04 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 53.16 | 95.44 |
| TX EE Social Security Tax | 40.08 | 74.53 |
| TX EE Medicare Tax | 9.37 | 17.43 |
| State              Pennsylvania | | |
| TX Withholding Tax | 19.84 | 36.90 |
| TX EE Unemployment Tax | 0.39 | 0.72 |
| Local              Sugarloaf Township | | |
| TX Withholding Tax | 9.70 | 18.03 |
| TX Local Services Tax | 2.00 | 4.00 |
| EE Taxes | 134.54 | 247.05 |

| Deductions | Amount | Year To Date |
|---|---|---|
| UFCW -1776 Fair Share | 18.41 | 36.82 |
| Total Deductions | 18.41 | 36.82 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 493.43 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 40.08 |
| TX ER Medicare Tax | 9.37 |
| ER Workers Comp Benefit | 27.48 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 646.38 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

02159
Company Code    Loc/Dept    Number    Page
RQ / UBU 20858533    01/500    5260    1 of 1
Mann Corporation
100 N Wilks Barre Blvd Ste 206
Wilkes Barre, PA 18702

# Earnings Statement

**ADP**

Period Starting: 05/30/2018
Period Ending: 06/12/2018
Pay Date: 06/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 0    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

**Deborah A Biever**
**141 W Country Road**
**Sugarloaf, PA 18249**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 32.47 | 292.23 | 931.32 |
| **Gross Pay** | | | **$292.23** | **$931.32** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 32.47 | 103.48 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.99 | 45.03 |
| Social Security | -18.12 | 57.74 |
| Medicare | -4.23 | 13.50 |
| Pennsylvania State Income | -8.97 | 28.60 |
| Pennsylvania State UI | -0.18 | 0.56 |
| Hazle T Local Income | -4.38 | 13.97 |
| **Net Pay** | **$241.36** | |

Your federal taxable wages this period are $292.23

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Deborah Ann Biever              |Personnel Number..... 00740513
|141 West County Road            |Liquor Control Board
|Sugarloaf PA 18249              |Pay Period.. 05/06/2018 - 05/19/2018
|                                |Fed Tax Status: Single
|                                |Fed Tax Allowances: 00   Period: 11/2018
|B/U:M7    Group:07    Level:A   |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/2018 | 424.74 | = | 555.66 | + | 0.00 | - | 112.51 | - | 18.41 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 11.34 | 49.00 | 555.66 | 555.66 |
| Total Gross | | | 555.66 | 555.66 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 42.28 | 42.28 |
| TX EE Social Security Tax | 34.45 | 34.45 |
| TX EE Medicare Tax | 8.06 | 8.06 |
| State         Pennsylvania | | |
| TX Withholding Tax | 17.06 | 17.06 |
| TX EE Unemployment Tax | 0.33 | 0.33 |
| Local         Sugarloaf Township | | |
| TX Withholding Tax | 8.33 | 8.33 |
| TX Local Services Tax | 2.00 | 2.00 |
| EE Taxes | 112.51 | 112.51 |

| Deductions | Amount | Year To Date |
|---|---|---|
| UFCW -1776 Fair Share | 18.41 | 18.41 |
| Total Deductions | 18.41 | 18.41 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 424.74 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 34.45 |
| TX ER Medicare Tax | 8.06 |
| ER Workers Comp Benefit | 23.62 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 555.66 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

Payroll Area    21

| KELLY | KELLY SERVICES USA, LLC STE 601A 999 W. BIG BEAVER RD TROY, MI 48084 | Pay Group: | UNI | Branch: | 00517B |
|---|---|---|---|---|---|
| | | Pay Begin Date: | 04/30/18 | Check #: | 7237162 |
| | | Pay End Date: | 05/06/18 | Check Date: | 05/11/2018 |

Employee Service Center 1-866-535-5948

| DEBORAH BIEVER 141 W COUNTY RD SUGARLOAF PA 18249 | ALT ID (KSN): | 17751366 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| | EMPLID: | 4001377202 | Marital Status | Single | N/A |
| | STATE EMPLOYER BIN: | 20019167 | Allowances | 0 | 0 |
| | FEDERAL EIN: | 473600855 | Addl. Amt | 10 | 0 |
| | | | Exempt | No | No |

## HOURS AND EARNINGS / TAXES

------- Current -------

| Description | W/E Date | BranRef Nbr | Appl Rate** | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Straight Time | 05/06/18 | 517BA0707 | | 11.00 | 36.00 | 396.00 | Fed Withholdng | 45.32 | 629.02 |
| | | | | | | | Fed MED/EE | 5.74 | 73.42 |
| | | | | | | | Fed OASDI/EE | 24.55 | 313.94 |
| | | | | | | | PA Unempl EE | 0.24 | 3.04 |
| | | | | | | | PA Withholdng | 12.16 | 155.45 |
| | | | | | | | PA HAZLE TWP Withhol | 5.94 | 75.96 |
| | | | | | | | PA LS Tax | 1.00 | 13.00 |
| Total: | | | | | 36.00 | 396.00 | Total: | 94.95 | 1,263.83 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | NON TAXABLE REIMBURSEMENTS | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total: | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 36.00 | 396.00 | 396.00 | 94.95 | 0.00 | 301.05 |
| YTD: | 433.40 | 5,063.53 | 5,063.53 | 1,263.83 | 0.00 | 3,799.70 |

| NET PAY DISTRIBUTION | |
|---|---|
| Checking 1390001560847 | 301.05 |
| Total: | 301.05 |

**This is the applicable hourly rate as adjusted for additional compensation received for that pay period. The base pay was paid in a previous or current pay period
**MESSAGE:** For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities See myKelly.com for more info.

KELLY SERVICES
KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

DATE: 05/11/2018

CHECK NO.
7237162

**Deposited To The Account of**

DEBORAH BIEVER
141 W COUNTY RD
SUGARLOAF PA 18249

NON-Negotiable

**DIRECT DEPOSIT ADVICE**

**THIS IS NOT A CHECK**

| KELLY | KELLY SERVICES USA, LLC<br>STE 601A<br>999 W. BIG BEAVER RD<br>TROY, MI 48084 | Pay Group: | UNI | Branch: | 00517B |
|---|---|---|---|---|---|
| | | Pay Begin Date: | 04/23/18 | Check #: | 7172804 |
| | | Pay End Date: | 04/29/18 | Check Date: | 05/04/2018 |

Employee Service Center 1-866-535-5948

| DEBORAH BIEVER<br>141 W COUNTY RD<br>SUGARLOAF PA 18249 | ALT ID (KSN): | 17751366 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| | EMPLID: | 4001377202 | Marital Status | Single | N/A |
| | STATE EMPLOYER BIN: | 20019167 | Allowances | 0 | 0 |
| | FEDERAL EIN: | 473600855 | Addl. Amt | 10 | 0 |
| | | | Exempt | No | No |

### HOURS AND EARNINGS — Current

| Description | W/E Date | BranRef Nbr | Appl Rate** | Rate | Hours | Earnings |
|---|---|---|---|---|---|---|
| Straight Time | 04/29/18 | 517BA0707 | | 11.00 | 32.80 | 360.80 |
| Straight Time | 04/29/18 | 517BA0863 | | 12.00 | 7.20 | 86.40 |
| Over Time | 04/29/18 | 517BA0707 | | 16.50 | 8.00 | 132.00 |
| OT Rate Adj | 04/29/18 | 517BA0707 | 16.58 | .08 | 8.00 | 0.60 |
| **Total:** | | | | | **56.00** | **579.80** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 67.37 | 583.70 |
| Fed MED/EE | 8.41 | 67.68 |
| Fed OASDI/EE | 35.95 | 289.39 |
| PA Unempl EE | 0.35 | 2.80 |
| PA Withholdng | 17.80 | 143.29 |
| PA HAZLE TWP Withhol | 8.70 | 70.02 |
| PA LS Tax | 1.00 | 12.00 |
| **Total:** | **139.58** | **1,168.88** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### NON TAXABLE REIMBURSEMENTS

| Description | Current |
|---|---|
| Total: | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 48.00 | 579.80 | 579.80 | 139.58 | 0.00 | 440.22 |
| YTD: | 397.40 | 4,667.53 | 4,667.53 | 1,168.88 | 0.00 | 3,498.65 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Checking 1390001560847 | 440.22 |
| Total: | 440.22 |

**This is the applicable hourly rate as adjusted for additional compensation received for that pay period. The base pay was paid in a previous or current pay period.
**MESSAGE:** For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities See myKelly.com for more info.

| KELLY SERVICES | KELLY SERVICES USA, LLC<br>STE 601A<br>999 W. BIG BEAVER RD<br>TROY, MI 48084 | DATE: 05/04/2018 | CHECK NO.<br>7172804 |
|---|---|---|---|

**Deposited To The Account of**

DEBORAH BIEVER
141 W COUNTY RD
SUGARLOAF PA 18249

NON-Negotiable

**DIRECT DEPOSIT ADVICE**     **THIS IS NOT A CHECK**

**KELLY** KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

Employee Service Center 1-866-535-5948

| Pay Group: | UNI | Branch: | 00517B |
|---|---|---|---|
| Pay Begin Date: | 04/16/18 | Check #: | 7107833 |
| Pay End Date: | 04/22/18 | Check Date: | 04/27/2018 |

| DEBORAH BIEVER | ALT ID (KSN): | 17751366 | TAX DATA: | | Federal | PA State |
|---|---|---|---|---|---|---|
| 141 W COUNTY RD | EMPLID: | 4001377202 | Marital Status | | Single | N/A |
| SUGARLOAF PA 18249 | STATE EMPLOYER BIN: | 20019167 | Allowances | | 0 | 0 |
| | FEDERAL EIN: | 473600855 | Addl. Amt | | 10 | 0 |
| | | | Exempt | | No | No |

### HOURS AND EARNINGS / TAXES

--- Current ---

| Description | W/E Date | BranRef Nbr | Appl Rate** | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Straight Time | 04/22/18 | 517BA0707 | | 11.00 | 24.00 | 264.00 | Fed Withholdng | 76.50 | 516.33 |
| Straight Time | 04/22/18 | 517BA0863 | | 12.00 | 16.00 | 192.00 | Fed MED/EE | 9.51 | 59.27 |
| Over Time | 04/22/18 | 517BA0707 | | 16.50 | 12.00 | 198.00 | Fed OASDI/EE | 40.66 | 253.44 |
| OT Rate Adj | 04/22/18 | 517BA0707 | 16.66 | .16 | 12.00 | 1.86 | PA Unempl EE | 0.39 | 2.45 |
| | | | | | | | PA Withholdng | 20.13 | 125.49 |
| | | | | | | | PA HAZLE TWP Withhol | 9.84 | 61.32 |
| | | | | | | | PA LS Tax | 1.00 | 11.00 |
| Total: | | | | | 64.00 | 655.86 | Total: | 158.03 | 1,029.30 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | NON TAXABLE REIMBURSEMENTS | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total: | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 52.00 | 655.86 | 655.86 | 158.03 | 0.00 | 497.83 |
| YTD: | 349.40 | 4,087.73 | 4,087.73 | 1,029.30 | 0.00 | 3,058.43 |

| NET PAY DISTRIBUTION | |
|---|---|
| Checking 1390001560847 | 497.83 |
| Total: | 497.83 |

**This is the applicable hourly rate as adjusted for additional compensation received for that pay period. The base pay was paid in a previous or current pay period
MESSAGE: For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities See myKelly.com for more info.

**KELLY SERVICES** KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

DATE: 04/27/2018

CHECK NO.
7107833

**Deposited To The Account of**

DEBORAH BIEVER
141 W COUNTY RD
SUGARLOAF PA 18249

NON-Negotiable

**DIRECT DEPOSIT ADVICE**   **THIS IS NOT A CHECK**

| KELLY | KELLY SERVICES USA, LLC<br>STE 601A<br>999 W. BIG BEAVER RD<br>TROY, MI 48084 | Pay Group: | UN1 | Branch: | 00517B |
|---|---|---|---|---|---|
| | | Pay Begin Date: | 04/09/18 | Check #: | 7010879 |
| Employee Service Center 1-866-535-5948 | | Pay End Date: | 04/15/18 | Check Date: | 04/20/2018 |

| DEBORAH BIEVER<br>141 W COUNTY RD<br>SUGARLOAF PA 18249 | ALT ID (KSN): | 17751366 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| | EMPLID: | 4001377202 | Marital Status | Single | N/A |
| | STATE EMPLOYER BIN: | 20019167 | Allowances | 0 | 0 |
| | FEDERAL EIN: | 473600855 | Addl. Amt | 10 | 0 |
| | | | Exempt | No | No |

### HOURS AND EARNINGS — Current / TAXES

| Description | W/E Date | BranRef Nbr | Appl Rate** | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Straight Time | 04/15/18 | 517BA0707 | | 11.00 | 40.00 | 440.00 | Fed Withholdng | 66.44 | 439.83 |
| Over Time | 04/15/18 | 517BA0707 | | 16.50 | 8.00 | 132.00 | Fed MED/EE | 8.29 | 49.76 |
| | | | | | | | Fed OASDI/EE | 35.47 | 212.78 |
| | | | | | | | PA Unempl EE | 0.34 | 2.06 |
| | | | | | | | PA Withholdng | 17.56 | 105.36 |
| | | | | | | | PA HAZLE TWP Withhol | 8.58 | 51.48 |
| | | | | | | | PA LS Tax | 1.00 | 10.00 |
| Total: | | | | | 48.00 | 572.00 | Total: | 137.68 | 871.27 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | NON TAXABLE REIMBURSEMENTS | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total: | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 48.00 | 572.00 | 572.00 | 137.68 | 0.00 | 434.32 |
| YTD: | 297.40 | 3,431.87 | 3,431.87 | 871.27 | 0.00 | 2,560.60 |

| NET PAY DISTRIBUTION | |
|---|---|
| Checking 1390001560847 | 434.32 |
| Total: | 434.32 |

**This is the applicable hourly rate as adjusted for additional compensation received for that pay period. The base pay was paid in a previous or current pay period
MESSAGE: For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities See myKelly.com for more info.

| KELLY SERVICES | KELLY SERVICES USA, LLC<br>STE 601A<br>999 W. BIG BEAVER RD<br>TROY, MI 48084 | DATE: 04/20/2018 | CHECK NO.<br>7010879 |
|---|---|---|---|

Deposited
To The
Account of

DEBORAH BIEVER
141 W COUNTY RD
SUGARLOAF PA 18249

NON-Negotiable

**DIRECT DEPOSIT ADVICE**        **THIS IS NOT A CHECK**

| KELLY | KELLY SERVICES USA, LLC STE 601A 999 W. BIG BEAVER RD TROY, MI 48084 | Pay Group: | UNI | Branch: | 00517B |
|---|---|---|---|---|---|
| | | Pay Begin Date: | 04/02/18 | Check #: | 6952310 |
| Employee Service Center 1-866-535-5948 | | Pay End Date: | 04/08/18 | Check Date: | 04/13/2018 |

| DEBORAH BIEVER 141 W COUNTY RD SUGARLOAF PA 18249 | ALT ID (KSN): | 17751366 | TAX DATA: | | Federal | PA State |
|---|---|---|---|---|---|---|
| | EMPLID: | 4001377202 | Marital Status | | Single | N/A |
| | STATE EMPLOYER BIN: | 20019167 | Allowances | | 0 | 0 |
| | FEDERAL EIN: | 473600855 | Addl. Amt | | 10 | 0 |
| | | | Exempt | | No | No |

### HOURS AND EARNINGS / TAXES

| Description | W/E Date | BranRef Nbr | Appl Rate** | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Straight Time | 04/08/18 | 517BA0707 | | 11.00 | 36.00 | 396.00 | Fed Withholdng | 45.32 | 373.39 |
| | | | | | | | Fed MED/EE | 5.74 | 41.47 |
| | | | | | | | Fed OASDI/EE | 24.55 | 177.31 |
| | | | | | | | PA Unempl EE | 0.24 | 1.72 |
| | | | | | | | PA Withholdng | 12.16 | 87.80 |
| | | | | | | | PA HAZLE TWP Withhol | 5.94 | 42.90 |
| | | | | | | | PA LS Tax | 1.00 | 9.00 |
| Total: | | | | | 36.00 | 396.00 | Total: | 94.95 | 733.59 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | NON TAXABLE REIMBURSEMENTS | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total: | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 36.00 | 396.00 | 396.00 | 94.95 | 0.00 | 301.05 |
| YTD: | 249.40 | 2,859.87 | 2,859.87 | 733.59 | 0.00 | 2,126.28 |

| NET PAY DISTRIBUTION | |
|---|---|
| Checking 1390001560847 | 301.05 |
| Total: | 301.05 |

**This is the applicable hourly rate as adjusted for additional compensation received for that pay period. The base pay was paid in a previous or current pay period
**MESSAGE:** For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities See myKelly.com for more info.

---

KELLY SERVICES
KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

DATE: 04/13/2018

CHECK NO.
6952310

**Deposited To The Account of**

DEBORAH BIEVER
141 W COUNTY RD
SUGARLOAF PA 18249

NON-Negotiable

**DIRECT DEPOSIT ADVICE**

**THIS IS NOT A CHECK**

| KELLY | KELLY SERVICES USA, LLC<br>STE 601A<br>999 W. BIG BEAVER RD<br>TROY, MI 48084 | Pay Group: | UNI | Branch: | 00517B |
|---|---|---|---|---|---|
| | | Pay Begin Date: | 03/26/18 | Check #: | 6893660 |
| | | Pay End Date: | 04/01/18 | Check Date: | 04/06/2018 |

Employee Service Center 1-866-535-5948

| DEBORAH BIEVER<br>141 W COUNTY RD<br>SUGARLOAF PA 18249 | ALT ID (KSN): | 17751366 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| | EMPLID: | 4001377202 | Marital Status | Single | N/A |
| | STATE EMPLOYER BIN: | 20019167 | Allowances | 0 | 0 |
| | FEDERAL EIN: | 473600855 | Addl. Amt | 10 | 0 |
| | | | Exempt | No | No |

### HOURS AND EARNINGS
--------- Current ---------

| Description | W/E Date | BranRef Nbr | Appl Rate** | Rate | Hours | Earnings |
|---|---|---|---|---|---|---|
| Straight Time | 04/01/18 | 517BA0707 | | 11.00 | 16.00 | 176.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 20.48 | 328.07 |
| Fed MED/EE | 2.56 | 35.73 |
| Fed OASDI/EE | 10.91 | 152.76 |
| PA Unempl EE | 0.11 | 1.48 |
| PA Withholdng | 5.40 | 75.64 |
| PA HAZLE TWP Withhol | 2.64 | 36.96 |
| PA LS Tax | 1.00 | 8.00 |

| Total: | | | | | 16.00 | 176.00 | Total: | 43.10 | 638.64 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | NON TAXABLE REIMBURSEMENTS | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total: | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 16.00 | 176.00 | 176.00 | 43.10 | 0.00 | 132.90 |
| YTD: | 213.40 | 2,463.87 | 2,463.87 | 638.64 | 0.00 | 1,825.23 |

| NET PAY DISTRIBUTION | |
|---|---|
| Checking 1390001560847 | 132.90 |
| Total: | 132.90 |

**This is the applicable hourly rate as adjusted for additional compensation received for that pay period. The base pay was paid in a previous or current pay period
MESSAGE: For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities See myKelly.com for more info.

---

KELLY SERVICES
KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

DATE: 04/06/2018

CHECK NO.
6893660

Deposited
To The
Account of

DEBORAH BIEVER
141 W COUNTY RD
SUGARLOAF PA 18249

NON-Negotiable

**DIRECT DEPOSIT ADVICE**       **THIS IS NOT A CHECK**

| KELLY | KELLY SERVICES USA, LLC<br>STE 601A<br>999 W. BIG BEAVER RD<br>TROY, MI 48084 | Pay Group: | UNI | Branch: | 00517B |
|---|---|---|---|---|---|
| | | Pay Begin Date: | 03/19/18 | Check #: | 6832997 |
| Employee Service Center 1-866-535-5948 | | Pay End Date: | 03/25/18 | Check Date: | 03/30/2018 |

| DEBORAH BIEVER<br>141 W COUNTY RD<br>SUGARLOAF PA 18249 | ALT ID (KSN): | 17751366 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| | EMPLID: | 4001377202 | Marital Status | Single | N/A |
| | STATE EMPLOYER BIN: | 20019167 | Allowances | 0 | 0 |
| | FEDERAL EIN: | 473600855 | Addl. Amt | 10 | 0 |
| | | | Exempt | No | No |

## HOURS AND EARNINGS / TAXES

----------- Current -----------

| Description | W/E Date | BranRef Nbr | Appl Rate** | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Straight Time | 03/25/18 | 517BA0707 | | 11.00 | 16.70 | 183.70 | Fed Withholdng | 21.25 | 307.59 |
| | | | | | | | Fed MED/EE | 2.66 | 33.17 |
| | | | | | | | Fed OASDI/EE | 11.39 | 141.85 |
| | | | | | | | PA Unempl EE | 0.11 | 1.37 |
| | | | | | | | PA Withholdng | 5.64 | 70.24 |
| | | | | | | | PA HAZLE TWP Withhol | 2.76 | 34.32 |
| | | | | | | | PA LS Tax | 1.00 | 7.00 |
| Total: | | | | | 16.70 | 183.70 | Total: | 44.81 | 595.54 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | NON TAXABLE REIMBURSEMENTS | |
|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total: | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 16.70 | 183.70 | 183.70 | 44.81 | 0.00 | 138.89 |
| YTD: | 197.40 | 2,287.87 | 2,287.87 | 595.54 | 0.00 | 1,692.33 |

| NET PAY DISTRIBUTION | |
|---|---|
| Checking 13900015560847 | 138.89 |
| Total: | 138.89 |

**This is the applicable hourly rate as adjusted for additional compensation received for that pay period. The base pay was paid in a previous or current pay period
MESSAGE: For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law.If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities See myKelly.com for more info.

| KELLY SERVICES | KELLY SERVICES USA, LLC<br>STE 601A<br>999 W. BIG BEAVER RD<br>TROY, MI 48084 | DATE: 03/30/2018 | CHECK NO.<br>6832997 |
|---|---|---|---|

Deposited
To The
Account of

DEBORAH BIEVER
141 W COUNTY RD
SUGARLOAF PA 18249

NON-Negotiable

**DIRECT DEPOSIT ADVICE**                    **THIS IS NOT A CHECK**

Case 5:18-bk-02213-RNO   Doc 17   Filed 06/19/18   Entered 06/19/18 16:34:36   Desc
Main Document   Page 14 of 14