```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 18-02213-RNO
Deborah A. Biever                                           Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0314-5       User: REshelman      Page 1 of 2     Date Rcvd: Jul 11, 2018
                           Form ID: ntcnfhrg    Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.

```
db          Deborah A. Biever,   141 W County Rd,   Sugarloaf, PA  18249-3241
5066034     Biever Deborah A,   141 W County Rd,   Sugarloaf, PA  18249-3241
5066039     Chase Card Services,   PO Box 15548,   Wilmington, DE  19886-5548
5066040     County Waste,   PO Box 8010,   Clifton Park, NY  12065-8010
5066041     County Waste,   7147 Blue Ridge Trl,   Mountain Top, PA  18707-3104
5066042     Direct TV,   PO Box 5007,   Phoenix, AZ  85010-5007
5066044     Geisinger Health System,   PO Box 9800,   Coral Springs, FL  33075-0800
5066045     Geisinger Medical Center,   PO Box 9800,   Coral Springs, FL  33075-0800
5066046     Genesis FS Card Services,   Milestone,   PO Box 84059,   Columbus, GA  31908-4059
5066047     Heller's Gas, Inc. Bloomsburg,   PO Box 444,   Berwick, PA  18603-0444
5066048     Inbox Loans,   PO Box 881,   Santa Rosa, CA  95402-0881
5066050     Jennifer Pecora, Tax Collector,   Sugarloaf Township,   102 Pecora Rd,   Drums, PA  18222-2854
5066051    +KML Law Group,   701 Market Street,   Suite 5000-BNY Independence Center,
             Philadelphia, PA 19106-1538
5066035     Law Office of David J Harris,   67-69 Public Sq Ste 700,   Wilkes Barre, PA  18701-2515
5066052     LoanDepot.com, LLC,   425 Phillips Blvd,   Ewing, NJ  08618-1430
5066053     Luzerne County Tax Claim Bureau,   Northeast Revenue Service,   200 N River St,
             Wilkes Barre, PA  18711-1004
5066055     Penn Credit,   P. O. Box 988 916 S 14th Street,   Harrisburg, PA  17108-0988
5066056     Russell Postupack Oil Co. LLC,   109 Silverbrook Rd,   McAdoo, PA  18237-3106
5066057     Service Electric Cable,   PO Box 25025,   Lehigh Valley, PA  18002-5025
5066059     Wilmer D. Good, Tax Collector,   Sugarloaf Township,   38 W County Rd,
             Sugarloaf, PA  18249-3245
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5066036        E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 11 2018 19:05:45     Bankcard Services,
               PO Box 4477,   Beaverton, OR  97076-4401
5066038        E-mail/Text: ering@cbhv.com Jul 11 2018 19:05:14     CBHV,   PO Box 831,
               Newburgh, NY  12551-0831
5066037        E-mail/Text: bnc-capio@quantum3group.com Jul 11 2018 19:05:14     Capio Partners, LLC,
               2222 Texoma Pkwy Ste 150,   Sherman, TX  75090-2481
5066043        E-mail/Text: bankruptcynotification@ftr.com Jul 11 2018 19:05:41     Frontier Communications,
               19 John Street,   Middletown, NY  10940-0000
5066049        E-mail/Text: cio.bncmail@irs.gov Jul 11 2018 19:04:59     Internal Revenue Service,
               P. O. Box 7346,   Philadelphia, PA  19101-7346
5075244        E-mail/PDF: cbp@onemainfinancial.com Jul 11 2018 19:02:22     ONEMAIN,   P.O. BOX 3251,
               EVANSVILLE, IN  47731-3251
5066054        E-mail/PDF: cbp@onemainfinancial.com Jul 11 2018 19:02:22     OneMain,   Grand Central Plaza,
               70 S Locust St,   Hazleton, PA  18201-6100
5066482       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2018 19:02:51
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA  23541-1021
5066058        E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 19:02:37     Synchrony Bank/Sleepy's,
               PO Box 960061,   Orlando, FL  32896-0061
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: REshelman         Page 2 of 2              Date Rcvd: Jul 11, 2018
                               Form ID: ntcnfhrg       Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Deborah A. Biever dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James  Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | | |
|---|---|---|
| Deborah A. Biever, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−02213−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 14, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 21, 2018  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 11, 2018 |

ntcnfhrg (03/18)