DIRECT TV
PO BOX 11732
NEWARK, NJ 07101-4732