**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :
DEBORAH A. BIEVER          :          Chapter 13
                                          :          Case No.: 5:18-bk-02213-RNO
                    Debtor             :

---

### CERTIFICATE OF SERVICE

---

    I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 28th day of September, 2018, I served a true and correct copy of the of the attached Notice and First Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

    I certify under penalty of perjury that the foregoing is true and correct.


                              RESPECTFULLY SUBMITTED:


Dated: *September 28, 2018*                  By:    /s/ David J. Harris
      Wilkes-Barre, Pennsylvania                          DAVID J. HARRIS, ESQUIRE

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

DEBORAH A. BIEVER

|  |  |
|---|---|
| Chapter: | 13 |
| Case No.: | 5:18-bk-02213 |

Debtor(s)

## NOTICE

The confirmation hearing on the 2nd__ Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: November 7, 2018_____   Time: 9:30 am_____

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: October 31, 2018_____.

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: September 28, 2018_____   Filed by:   DAVID J. HARRIS, ESQUIRE_____

69 PUBLIC SQUARE, STE 700_____

WILKES-BARRE, PA 18701_____

Label Matrix for local noticing
0314-5
Case 5:18-bk-02213-RNO
Middle District of Pennsylvania
Wilkes-Barre
Fri Sep 28 07:04:36 EDT 2018



Bankcard Services
PO Box 4477
Beaverton, OR  97076-4401



CBHV
PO Box 831
Newburgh, NY  12551-0831

Capio Partners, LLC
2222 Texoma Pkwy Ste 150
Sherman, TX  75090-2481

Chase Card Services
PO Box 15548
Wilmington, DE  19886-5548

County Waste
7147 Blue Ridge Trl
Mountain Top, PA  18707-3104

County Waste
PO Box 8010
Clifton Park, NY  12065-8010



(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

Geisinger Health System
PO Box 9800
Coral Springs, FL  33075-0800



Genesis FS Card Services
Milestone
PO Box 84059
Columbus, GA  31908-4059



Heller's Gas, Inc. Bloomsburg
PO Box 444
Berwick, PA  18603-0444

Inbox Loans
PO Box 881
Santa Rosa, CA  95402-0881

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  19101-7346

Jennifer Pecora, Tax Collector
Sugarloaf Township
102 Pecora Rd
Drums, PA  18222-2854

KML Law Group
701 Market Street
Suite 5000-BNY Independence Center
Philadelphia, PA 19106-1538



LoanDepot.com
c/o Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430



Luzerne County Tax Claim Bureau
Northeast Revenue Service
200 N River St
Wilkes Barre, PA  18711-1004

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

OneMain
Grand Central Plaza
70 S Locust St
Hazleton, PA  18201-6100

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Penn Credit
P. O. Box 988 916 S 14th Street
Harrisburg, PA  17108-0988

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
GPCC I LLC
PO Box 788
Kirkland, WA  98083-0788

Russell Postupack Oil Co. LLC
109 Silverbrook Rd
McAdoo, PA  18237-3106

Service Electric Cable
PO Box 25025
Lehigh Valley, PA  18002-5025

Synchrony Bank/Sleepy's
PO Box 960061
Orlando, FL  32896-0061



James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Wilmer D. Good, Tax Collector
Sugarloaf Township
38 W County Rd
Sugarloaf, PA  18249-3245

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39