DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| DEBORAH A. BIEVER | : Chapter 13 |
| | : Case No.: 5:18-bk-02213 |
| Debtor | : |

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 10th day of October, 2019, I served a true and correct copy of the of the attached Notice of Proposed Loan Modification in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: October 10, 2019         By:   /s/ David J. Harris
Wilkes-Barre, Pennsylvania            DAVID J. HARRIS, ESQUIRE

DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| DEBORAH A. BIEVER | : | Chapter 13 |
| | : | Case No.: 5:18-bk-02213 |
| Debtor | : | |

| DEBORAH A. BIEVER, | : | |
|---|---|---|
| | : | |
| Movant | : | |
| | : | |
| LOAN DEPOT | : | |
| | : | |
| Creditor/Respondent | : | |
| | : | |
| CHARLES J. DeHART, | : | |
| | : | |
| Trustee/Respondent | : | |

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
OF PROPOSED LOAN MODIFICATION

**NOTICE IS HEREBY GIVEN THAT:**

On October 8, 2019, the Debtor filed a Motion to Approve Loan Modification. A copy of the Motion is enclosed with this Notice as is a proposed Order.

**YOU ARE NOTIFIED** that unless, you file a written objection to the relief sought by the Motion, and set forth specific grounds for such objection on or prior to October 31, 2019, with the Clerk of Court set forth at the address below and mail a copy to the United States Trustee and the undersigned, at the address set forth below, an Order approving the Motion may be executed by the Court.

             Clerk, U.S. Bankruptcy Court
            Max Rosenn United States Courthouse
               197 South Main Street
               Wilkes-Barre, PA 18701

Dated: October 10, 2019
   Wilkes-Barre, Pennsylvania       By: /s/ David J. Harris
                     DAVID J. HARRIS, ESQUIRE

Label Matrix for local noticing
0314-5
Case 5:18-bk-02213-RNO
Middle District of Pennsylvania
Wilkes-Barre
Thu Oct 10 07:56:21 EDT 2019

Bankcard Services
PO Box 4477
Beaverton, OR  97076-4401





CBHV
PO Box 831
Newburgh, NY  12551-0831

Capio Partners, LLC
2222 Texoma Pkwy Ste 150
Sherman, TX  75090-2481

Chase Card Services
PO Box 15548
Wilmington, DE  19886-5548

County Waste
7147 Blue Ridge Trl
Mountain Top, PA  18707-3104

County Waste
PO Box 8010
Clifton Park, NY  12065-8010



(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

Geisinger Health System
PO Box 9800
Coral Springs, FL  33075-0800



Genesis FS Card Services
Milestone
PO Box 84059
Columbus, GA  31908-4059



Heller's Gas, Inc. Bloomsburg
PO Box 444
Berwick, PA  18603-0444

Inbox Loans
PO Box 881
Santa Rosa, CA  95402-0881

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  19101-7346

Jennifer Pecora, Tax Collector
Sugarloaf Township
102 Pecora Rd
Drums, PA  18222-2854

KML Law Group
701 Market Street
Suite 5000-BNY Independence Center
Philadelphia, PA 19106-1538

LoanDepot.com
c/o Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

LoanDepot.com, LLC
425 Phillips Blvd
Ewing, NJ  08618-1430

Luzerne County Tax Claim Bureau
Northeast Revenue Service
200 N River St
Wilkes Barre, PA  18711-1004

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

OneMain
Grand Central Plaza
70 S Locust St
Hazleton, PA  18201-6100

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Penn Credit
P. O. Box 988 916 S 14th Street
Harrisburg, PA  17108-0988

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788

Russell Postupack Oil Co. LLC
109 Silverbrook Rd
McAdoo, PA 18237-3106

Service Electric Cable
PO Box 25025
Lehigh Valley, PA 18002-5025

Synchrony Bank/Sleepy's
PO Box 960061
Orlando, FL 32896-0061



James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Wilmer D. Good, Tax Collector
Sugarloaf Township
38 W County Rd
Sugarloaf, PA 18249-3245

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LoanDepot.com, LLC

(d)LoanDepot.com, LLC
c/o Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   37
Bypassed recipients    3
Total                 40