# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DEBORAH A. BIEVER | : | Chapter 13 |
| | : | Case No.: 5:18-bk-02213 |
| Debtor | : | |

| | |
|---|---|
| DEBORAH A. BIEVER, | : |
| Movant | : |
| LOAN DEPOT | : |
| Creditor/Respondent | : |
| CHARLES J. DeHART, | : |
| Trustee/Respondent | : |

## ORDER APPROVING LOAN MODIFICATION

Upon consideration of the Motion To Approve Loan Modification filed by the above Debtor on October 8, 2019 ("Motion"), it is hereby

ORDERED and DECREED that the Motion and the underlying loan modification sought thereby are approved and recordation of any documents or instruments reflecting the modification shall not constitute a violation of the automatic stay.

Dated: November 5, 2019

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)