# Notice Recipients

District/Off: 0314–5　　　User: REshelman　　　Date Created: 11/5/2019
Case: 5:18–bk–02213–RNO　　　Form ID: pdf010　　　Total: 2

**Recipients of Notice of Electronic Filing:**
aty　　David J. Harris　　dh@lawofficeofdavidharris.com
aty　　James Warmbrodt　　jwarmbrodt@kmllawgroup.com

TOTAL: 2