Certificate Number: 14424-PAM-DE-036525709

Bankruptcy Case Number: 18-02213


14424-PAM-DE-036525709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2022, at 12:08 o'clock AM EDT, Deborah A Biever completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 5, 2022

By: /s/Edsie Lim

Name: Edsie Lim

Title: Certified Personal Finance Counselor