# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    DEBORAH A. BIEVER                            Case No.: 5-18-02213-MJC

                                                                               Chapter 13

               Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CENLAR FSB |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 141 West County Rd - PRE-ARREARS - 5313 |
| Property Address if applicable: | 141 W. COUNTY RD., , SUGARLOAF, PA18249-3241 |

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,041.10 |
| b. | Prepetition arrearages paid by the Trustee: | $1,041.10 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,041.10 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: May 25, 2022 　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com

Creditor Name:  CENLAR FSB
Court Claim Number:  05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1206920 | 09/26/2019 | $426.41 | $0.00 | $426.41 |
| 5200 | 1209322 | 11/07/2019 | $307.34 | $0.00 | $307.34 |
| 5200 | 1210616 | 12/12/2019 | $307.35 | $0.00 | $307.35 |
| 5200 | 1212015 | 01/16/2020 | $614.69 | $0.00 | $614.69 |
| 5200 | 1213375 | 02/13/2020 | $307.33 | $0.00 | $307.33 |
| 5200 | 1215998 | 04/14/2020 | $614.70 | $0.00 | $614.70 |
| 5200 | 1218117 | 06/02/2020 | $296.47 | $0.00 | $296.47 |
| 5200 | 1219111 | 07/07/2020 | $296.47 | $0.00 | $296.47 |
| 5200 | 1220185 | 08/12/2020 | $296.48 | $0.00 | $296.48 |
| 5200 | 1221224 | 09/17/2020 | $592.95 | $0.00 | $592.95 |
| 5200 | 1222272 | 10/15/2020 | $296.47 | $0.00 | $296.47 |
| 5200 | 1224011 | 12/10/2020 | $299.77 | $0.00 | $299.77 |
| 5200 | 1225811 | 01/19/2021 | $599.54 | $0.00 | $599.54 |
| 5200 | 1226820 | 02/17/2021 | $299.76 | $0.00 | $299.76 |
| 5200 | 1227836 | 03/17/2021 | $299.77 | $0.00 | $299.77 |
| 5200 | 1228859 | 04/15/2021 | $299.77 | $0.00 | $299.77 |
| 5200 | 2000226 | 05/18/2021 | $303.08 | $0.00 | $303.08 |
| 5200 | 2001250 | 06/16/2021 | $16.56 | $0.00 | $16.56 |
| 5200 | 2002226 | 07/14/2021 | $626.14 | $0.00 | $626.14 |
| 5200 | 2003254 | 08/18/2021 | $313.07 | $0.00 | $313.07 |
| 5200 | 2004313 | 09/14/2021 | $313.07 | $0.00 | $313.07 |
| 5200 | 2005307 | 10/14/2021 | $313.07 | $0.00 | $313.07 |
| 5200 | 2006353 | 11/16/2021 | $304.07 | $0.00 | $304.07 |
| 5200 | 2007380 | 12/15/2021 | $304.07 | $0.00 | $304.07 |
| 5200 | 2008397 | 01/19/2022 | $304.07 | $0.00 | $304.07 |
| 5200 | 0 | 02/11/2022 | $-7,607.30 | $0.00 | $-7607.30 |
| 5200 | 0 | 04/01/2022 | $-304.07 | $0.00 | $-304.07 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DEBORAH A. BIEVER                           Case No.: 5-18-02213-MJC
                                            Chapter 13

            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 25, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| DAVID J. HARRIS, ESQUIRE<br>69 PUBLIC SQUARE<br>SUITE 700<br>WILKES-BARRE PA, 18701- | SERVED ELECTRONICALLY |
| CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING, NJ, 08618 | SERVED BY 1ST CLASS MAIL |
| DEBORAH A. BIEVER<br>141 W. COUNTY RD.<br>SUGARLOAF, PA 18249-3241 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 25, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com